# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TheraPearl, LLC, | ) CASE NO.: 1:16CV1104 |
| ) | |
| Plaintiff, | ) JUDGE JOHN ADAMS |
| ) | |
| v. | ) |
| ) | |
| Fourstar Group USA, Inc., | ) |
| ) | **ORDER OF DISMISSAL** |
| ) | |
| ) | |
| Defendant. | ) |

The parties have jointly contacted the Court and indicated that this matter has been resolved. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

DATED: December 6, 2016          /s/ Judge John R. Adams
                                  JUDGE JOHN R. ADAMS
                                  UNITED STATES DISTRICT COURT