AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___N.D. Ohio___ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:16-cv-01104 | DATE FILED<br>5/9/2016 | U.S. DISTRICT COURT<br>N.D. Ohio |
|---|---|---|
| PLAINTIFF<br>TheraPearl, LLC | | DEFENDANT<br>Fourstar Group USA, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,720,979 | 12/8/2009 | TheraPearl, LLC |
| 2 | 4,130,678 | 4/24/2012 | TheraPearl, LLC |
| 3 | 4,226,574 | 10/16/2012 | TheraPearl, LLC |
| 4 | 4,352,396 | 6/18/2013 | TheraPearl, LLC |
| 5 | 4,352,397 | 6/18/2013 | TheraPearl, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT | |
|---|---|
| 12/06/2016 | Order. As the parties have indicated this matter is resolved, the docket will be marked "settled and dismissed without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court retains jurisdiction over the settlement. Judge John R. Adams on 12/06/2016. |

| CLERK<br>Geri M. Smith | (BY) DEPUTY CLERK<br>Carlene Kinsey | DATE<br>12/13/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TheraPearl, LLC, | ) | CASE NO.: 1:16CV1104 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Fourstar Group USA, Inc., | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly contacted the Court and indicated that this matter has been resolved. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.


DATED: December 6, 2016             ____/s/ Judge John R. Adams_____
                                     JUDGE JOHN R. ADAMS
                                     UNITED STATES DISTRICT COURT